IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CV-132-FL

| | |
|---|---|
| DAVID CHRISTOPHER JUSTICE and LISA JUSTICE, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) ) | ORDER |
| GREYHOUND LINES, INC. and J.L. ROBINSON, ) ) ) ) | |
| Defendants. ) | |

For the continued, efficient administration of justice, necessitating in this instance an expanded trial day, the court has directed the deputy clerk to provide lunch to the jurors. The cost of these meals total $79.97. The clerk is DIRECTED to pay Firehouse Subs the sum of $79.97.

SO ORDERED, this 17th day of January, 2019.

LOUISE W. FLANAGAN
United States District Judge