IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CV-00132-FL

DAVID CHRISTOPHER JUSTICE and LISA JUSTICE, )
)
)
Plaintiffs, )
)
v. ) **VERDICT**
)
GREYHOUND LINES, INC., and J.L. ROBINSON, )
)
)
Defendants. )

FILED IN OPEN COURT
ON 1/18/19
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

We, the jury, unanimously find by a preponderance of the evidence that:

1. **Plaintiff David Christopher Justice was negligent and that such negligence was a proximate cause of his own injury?**

   _____ YES

   \_\_X\_\_\_\_ NO

   *If you answered "YES" to question 1, then proceed to question 2. If you answered "NO" to question 1, do not answer questions 2 or 3, and you shall move on to question 4.*

2. **Defendant J.L. Robinson had the last clear chance to avoid the collision which caused plaintiffs' injuries and damages?**

   _____ YES

   _____ NO

   *Regardless of your answer, proceed to question 3.*

3. **Defendant J. L. Robinson was grossly negligent, and such grossly negligent conduct was a proximate cause of the plaintiffs' injuries?**

   _____ YES

   _____ NO

   *If you answered "NO" to question 2, and "NO" to question 3, you are finished. If you answer "YES" to question 2, or "YES" to question 3, you shall move on to question 4.*

4. What amount of damages, if any, is the plaintiff David Christopher Justice entitled to recover from defendants:

   A. $ 6,000,000

   Write out amount in words: Six million Dollars

5. What amount of damages, if any, is the plaintiff Lisa Justice entitled to recover from defendants for loss of consortium?

   A. $ 1,000,000

   Write out amount in words: One million Dollars

6. Did any negligence by the North Carolina State Highway Patrol, plaintiff David Christopher Justice's employer at the time of the accident, join and concur with the negligence of defendant J.L. Robinson in proximately causing the injury to plaintiff David Christopher Justice?

   _____ YES

   ___X___ NO

*You will end your deliberations.*

Dated this the 18th day of January, 2019