UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NORTH CAROLINA
                    WESTERN DIVISION

DAVID CHRISTOPHER JUSTICE and    )
LISA JUSTICE                     )
         Plaintiffs,             )
                                 )                  JUDGMENT
    v.                           )
                                 )                  No. 5:16-CV-132-FL
GREYHOUND LINES, INC. and        )
J. L. ROBINSON                   )
         Defendants.             )


**Decision by Court and Jury.**

That this action came before The Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion for partial summary judgment. Subsequent to the court's ruling as to this motion, the remaining claims in this action were tried by a jury with The Honorable Louise W. Flanagan presiding. The jury rendered a verdict fully favorable to the plaintiff.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants Greyhound Lines, Inc. and J.L. Robinson's motion for summary judgment is granted and plaintiffs David Christopher Justice and Lisa Justice's prayer for punitive damages, set forth in the third claim for relief and in paragraph three of the prayer for relief, is dismissed.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that defendants did not establish by a preponderance of the evidence that plaintiff David Christopher Justice was negligent and that such negligence was a proximate cause of his own injury.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff David Christopher Justice is entitled to recover from defendants Greyhound Lines, Inc. and J. L. Robinson damages in the amount of $6,000,000.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff Lisa Justice is entitled to recover from defendants Greyhound Lines, Inc. and J.L. Robinson damages in the amount of $1,000,000 for loss of consortium.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that defendants did not establish by a preponderance of the evidence that any negligence by the North Carolina State Highway Patrol joined and concurred with the negligence of defendant J.L. Robinson in proximately causing injury to plaintiff David Christopher Justice.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiffs David Christopher Justice and Lisa Justice are entitled to recover from defendants Greyhound Lines, Inc. and J.L. Robinson interest of 2.58% on damages awarded pursuant to this judgment.

**This Judgment Filed and Entered on January 25, 2019, and Copies To:**
Gary S. Hemric (via CM/ECF Notice of Electronic Filing)
Jennifer Michelle Houti (via CM/ECF Notice of Electronic Filing)
John R. Buric (via CM/ECF Notice of Electronic Filing)
John R. Brickley (via CM/ECF Notice of Electronic Filing)
John Alexander Heroy (via CM/ECF Notice of Electronic Filing)
Robert C. deRosset, IV (via CM/ECF Notice of Electronic Filing)
Brian O. Beverly (via CM/ECF Notice of Electronic Filing)
Leslie Cooley Dismukes (via CM/ECF Notice of Electronic Filing)
Orlando Luis Rodriguez (via CM/ECF Notice of Electronic Filing

January 25, 2019              PETER A MOORE, JR., CLERK

                                                           /s/ Sandra K. Collins
                                              (By) Sandra K. Collins, Deputy Clerk